IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BONNIE & RICHARD TANGRADI, ) ) ) ) Plaintiffs, ) v. ) ) ) BAPTIST MEMORIAL ) HEALTHCARE CORPORATION and ) BAPTIST MEMORIAL HOSPITAL ) OF UNION CITY, ) ) Defendants. ) ) | DOCKET NO. _____ JURY DEMANDED |

**CERTIFICATE OF GOOD FAITH PURSUANT
TO TENN. CODE ANN. § 29-26-122**

COMES NOW Plaintiffs, by and through undersigned counsel, and states as follows:

1. In accordance with TENN. CODE ANN. § 29-26-122, Plaintiff's counsel, as evidence by their signature below, hereby certifies in good faith that Plaintiff's counsel has consulted with one or more experts who have provided a signed written statement confirming that upon information and belief they:

   (A) are competent under TENN. CODE ANN. § 29-26-115 to express an opinion or opinions in this case; and

   (B) believe, based on the information available from the medical records concerning the care and treatment of the Plaintiff for the incident or

>incidents at issue, that there is a good faith basis to maintain the action consistent with the requirement of TENN. CODE ANN.§ 29-26-115.

2. Plaintiff's counsel has no prior violations of TENN. CODE ANN. § 29-26-122

        Respectfully submitted,

        **WATSON BURNS, PLLC**

        s/William F. Burns
        William F. Burns, Esq., TN Bar No. 17908
        Frank L. Watson, Esq., TN Bar No. 15073
        11 South Idlewild Street
        Memphis, Tennessee  38104
        P: (901) 578-3528
        F: (901) 578-2649

        *Attorneys for Plaintiffs*