# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

## JUDGMENT IN A CIVIL CASE

**BONNIE TANGRADI,**

Plaintiff,

CASE NUMBER: 1:10-cv-1115-JDB-egb

v.

**BAPTIST MEMORIAL HOSPITAL
OF UNION CITY,**

Defendant,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Consent Order entered in the above-styled matter on 4/30/2013, this case is hereby dismissed with prejudice. No discretionary costs and no sanctions and/or attorneys' fees shall be sought by or awarded to any party.

**APPROVED:**

s/J. Daniel Breen
United States District Judge

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**